IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| VIRGINIA-HIGHLAND RESTAURANT, | ) | Jointly Administered Under |
| LLC and RESTAURANT 104 LLC, | ) | CASE NO. 20-70718-bem |
| | ) | |
| Debtors. | ) | |

## MOTION FOR EXTENSION OF AUTHORITY TO USE CASH COLLATERAL

COME NOW Virginia Highland Restaurant, LLC ("**VH Restaurant**") and Restaurant 104 LLC ("**Restaurant 104**") (collectively, the "**Debtors**"), debtors and debtors-in-possession in the above-styled jointly administered Chapter 11 case (the "**Case**"), pursuant to 11 U.S.C. § 363 and Bankruptcy Rule 4001, and file this Motion for Extension of Authority to Use Cash Collateral (the "**Motion**") seeking entry of an order substantially in the form of Exhibit 1 attached hereto (the "**Proposed Order**") authorizing further use of cash collateral. In support of the Motion, the Debtors show the Court as follows.

### Background

1.

On October 13, 2020, (the "**Petition Date**"), the Debtors each filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**"). The Debtors are authorized to operate their businesses as debtors-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code. No request has been made for the appointment of a trustee or examiner, and no committee has been appointed in this Case.

2.

On October 16, 2020, the Debtors filed their Motion for Authority to Use Cash Collateral and Request for Emergency Hearing (the "**Cash Collateral Motion**") [Dkt. No. 10] (a)

requesting authority to use Cash Collateral (as defined below) pursuant to Section 363 of the Bankruptcy Code and (b) seeking authorization to provide adequate protection to Gordon Food Service, Inc. ("**Gordon**") and the U.S. Department of the Treasury - Internal Revenue Service (the "**IRS**") as secured creditors (collectively, the "**Secured Parties**").

3.

On October 26, 2020, the Court entered an Interim Order Granting Motion for Authority to Use Cash Collateral [Dkt. No. 27].

4.

On November 24, 2020, the Court entered a Final Order Granting Motion for Authority to Use Cash Collateral [Dkt. No. 44] (the "**Final Cash Collateral Order**")[1].

## Relief Sought

5.

Pursuant to paragraph 1 of the Final Cash Collateral Order, the Usage Period during which the Debtors are authorized to use cash collateral terminates on March 23, 2021. The Debtors seek an extension of the Usage Period through and including July 13, 2021 (the "**Extended Usage Period**").

6.

The Debtors are in the process of formulating a plan of reorganization which they expect to file on or before the April 9, 2021 deadline. The Debtors will require the use of cash collateral to operate their business through the effective date of any confirmed Chapter 11 plan; therefore, cause exists to grant the requested extension through the Extended Usage Period.

---

[1] Capitalized terms used herein but not defined shall have the meaning ascribed to such term in the Final Cash Collateral Order.

7.

The Debtors propose that the following language will replace and supersede paragraph 1 of the Final Cash Collateral Order:

> **Usage Period**.  Subject to the terms and conditions contained herein, the Debtors are authorized to use Cash Collateral through the earlier of (i) July 13, 2021 or (ii) the date the Debtors' right to use Cash Collateral terminates in accordance with paragraph 10 below (the "**Termination Date**").

8.

Additionally, the Debtors propose that the Budget attached as Exhibit A to the Proposed Order shall replace and supersede the Budget attached to the Final Cash Collateral Order.

WHEREFORE, the Debtors request that this Court: (a) enter the Proposed Order extending the cash collateral Usage Period through and including July 13, 2021 and approving a further Budget; and (c) grant the Debtors such other and further relief as is just and proper.

This 3rd day of March, 2021.

Respectfully submitted,

SCROGGINS & WILLIAMSON, P.C.

  /s/ Ashley R. Ray
J. ROBERT WILLIAMSON
Georgia Bar No. 765214
ASHLEY REYNOLDS RAY
Georgia Bar No. 601559

*Counsel for the Debtors*

4401 Northside Parkway
Suite 450
Atlanta, GA 30327
T: (404) 893-3880
F: (404) 893-3886
E: rwilliamson@swlawfirm.com
   aray@swlawfirm.com

## **EXHIBIT 1**

**PROPOSED ORDER**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 11** |
| | ) | |
| **VIRGINIA-HIGHLAND RESTAURANT,** | ) | **Jointly Administered Under** |
| **LLC and RESTAURANT 104 LLC,** | ) | **CASE NO. 20-70718-bem** |
| | ) | |
| **Debtors.** | ) | |

**ORDER GRANTING DEBTORS' MOTION FOR**
**EXTENSION OF AUTHORITY TO USE CASH COLLATERAL**

THIS MATTER came before the Court at a hearing at [___] a.m. on March [____], 2021 (the "**Hearing**") to consider the *Motion for Extension of Authority to Use Cash Collateral* [Dkt. No. ____] (the "**Motion**")[1] filed by Virginia-Highland Restaurant, LLC and Restaurant 104 LLC, (the "**Debtors**"), debtors and debtors-in-possession in the above-styled jointly administered Chapter 11 case (the "**Case**") and any objections thereto. No objections to the Motion were filed or asserted at the Hearing.

It appearing that the Court has jurisdiction over this proceeding; this is a core proceeding;

---

[1] Capitalized terms used herein but not defined shall have the meaning ascribed to such term in the Motion.

notice of the Motion has been properly given; no further notice is necessary; the relief afforded by this Order is in the best interests of the Debtors, their estates, and their creditors; and good and sufficient cause exists for such relief,

It is hereby ORDERED as follows:

1. The Motion is GRANTED, as set forth herein.

2. Paragraph 1 of the Final Cash Collateral Order shall be replaced and superseded by the following:

   **Usage Period**.  Subject to the terms and conditions contained herein, the Debtors are authorized to use Cash Collateral through the earlier of (i) July 13, 2021 or (ii) the date the Debtors' right to use Cash Collateral terminates in accordance with paragraph 10 below (the "**Termination Date**").

3. The Budget attached hereto as Exhibit A shall replace and supersede the Budget attached to the Final Cash Collateral Order.

4. The Final Cash Collateral Order, as modified by this Order, shall remain in full force and effect.

5. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

**[END OF ORDER]**

Prepared and presented by:

SCROGGINS & WILLIAMSON, P.C.

_____
J. ROBERT WILLIAMSON
Georgia Bar No. 765214
ASHLEY REYNOLDS RAY
Georgia Bar No. 601559
4401 Northside Parkway
Suite 450
Atlanta, GA 30327
T: (404) 893-3880
F: (404) 893-3886
E: rwilliamson@swlawfirm.com
   aray@swlawfirm.com

*Counsel for the Debtors*

## **EXHIBIT A**

**BUDGET**

## HG Sandy Springs
## Four Month Budget

Released

| GL Acct No | Description | Per 4 03/24/21 04/20/21 | Per 5 04/21/21 05/18/21 | Per 6 05/19/21 06/15/21 | Per 7 06/16/21 07/13/21 | Total | Percent |
|---|---|---|---|---|---|---|---|
| | **Sales** | | | | | | |
| 41100 | Food | 107,962 | 102,434 | 102,411 | 102,884 | 415,691 | 61.60% |
| 43100 | Liquor | 29,444 | 27,937 | 27,930 | 28,059 | 113,370 | 16.80% |
| 44200 | Beer (Bottled) | 4,031 | 3,825 | 3,824 | 3,841 | 15,521 | 2.30% |
| 44300 | Beer (Draft) | 27,867 | 26,440 | 26,434 | 26,556 | 107,297 | 15.90% |
| 45100 | Wine | 5,784 | 5,488 | 5,486 | 5,512 | 22,269 | 3.30% |
| 46100 | Merchandise | 175 | 166 | 166 | 167 | 675 | 0.10% |
| | **Gross Sales** | **175,263** | **166,289** | **166,252** | **167,019** | **674,824** | **100.00%** |
| | | 25.8550% | 24.5570% | 24.5911% | 24.9968% | 100.0000% | |
| | **Discounts / Returns / Allowances** | | | | | | |
| 48000 | Comps / Promos | 5,280 | 5,280 | 5,280 | 5,280 | 21,120 | 3.13% |
| 48180 | Sales Promos Disc and Adj | - | - | - | - | - | 0.00% |
| | **Total Promos and Allowances** | **5,280** | **5,280** | **5,280** | **5,280** | **21,120** | **3.13%** |
| | **Net Sales** | **169,983** | **161,009** | **160,972** | **161,739** | **653,704** | **96.87%** |
| | **Cost of Sales** | | | | | | |
| | **COS - Food** | | | | | | |
| 51200 | Purchases | 33,468 | 31,755 | 31,748 | 31,894 | 128,864 | 31.00% |
| | **Total Food Cost** | **33,468** | **31,755** | **31,748** | **31,894** | **128,864** | **31.00%** |
| | **COS - Liquor** | | | | | | |
| 53200 | Purchases | 5,594 | 5,308 | 5,307 | 5,331 | 21,540 | 19.00% |
| | **Total Liquor Cost** | **5,594** | **5,308** | **5,307** | **5,331** | **21,540** | **19.00%** |
| | **COS - Beer (Draft & Other)** | | | | | | |
| 54600 | Purchases | 6,967 | 6,610 | 6,609 | 6,639 | 26,824 | 25.00% |
| | **Total Draft Beer Cost** | **6,967** | **6,610** | **6,609** | **6,639** | **26,824** | **25.00%** |
| | **COS - Beer (Bottled)** | | | | | | |
| 54200 | Purchases | 1,008 | 956 | 956 | 960 | 3,880 | 25.00% |
| | **Total Bottled Beer Cost** | **1,008** | **956** | **956** | **960** | **3,880** | **25.00%** |
| | **COS - Wine** | | | | | | |
| 55200 | Purchases | 1,446 | 1,372 | 1,372 | 1,378 | 5,567 | 25.00% |
| | **Total Wine Cost** | **1,446** | **1,372** | **1,372** | **1,378** | **5,567** | **25.00%** |
| 56200 | Purchases | 175 | 166 | 166 | 167 | 675 | 100.00% |
| | **Total Merchandise Cost** | **175** | **166** | **166** | **167** | **675** | **100.00%** |
| 57200 | COS - Paper & Packaging Products | 3,505 | 3,326 | 3,325 | 3,340 | 13,496 | 2.00% |
| | **Total Cost of Sales** | **52,164** | **49,493** | **49,482** | **49,710** | **200,848** | **29.76%** |
| | **Gross Profit** | **117,820** | **111,516** | **111,491** | **112,029** | **452,856** | **67.11%** |
| | Cost of Personnel | | | | | | |
| | **Management** | | | | | | |
| 61200 | Wages - Management | 14,200 | 14,200 | 14,200 | 14,200 | 56,800 | |
| 62450 | Wages - Key Employee | 720 | 720 | 720 | 720 | 2,880 | |

**HG Sandy Springs**
**Four Month Budget**

Released

| GL Acct No | Description | Per 4 03/24/21 04/20/21 | Per 5 04/21/21 05/18/21 | Per 6 05/19/21 06/15/21 | Per 7 06/16/21 07/13/21 | Total | Percent |
|---|---|---|---|---|---|---|---|
| 61250 | FOH Wage | 7,011 | 6,652 | 6,650 | 6,681 | 26,993 | |
| 61350 | BOH Wages | 15,774 | 14,966 | 14,963 | 15,032 | 60,734 | |
| 63725 | Payroll Processing Expense | 550 | 550 | 550 | 550 | 2,200 | |
| 63100 | Payroll Taxes | 3,770 | 3,654 | 3,653 | 3,663 | 14,741 | |
| 63515 | Kitchen Meals | - | - | - | - | - | |
| | **Total Labor** | 42,024.62 | 40,741.29 | 40,736.10 | 40,845.78 | 164,348 | |
| | **Operating/Credit Card Processing Expense** | | | | | | |
| 71550 | Smallwares/Kitchen Supplies | 200.00 | 200.00 | 200.00 | 200.00 | 800 | |
| 71200 | Cleaning Supplies | 1,580 | 1,580 | 1,580 | 1,580 | 6,320 | |
| 75165 | Merchant Fees | 1,540 | 1,540 | 1,540 | 1,540 | 6,160 | |
| | Total | 3,320 | 3,320 | 3,320 | 3,320 | 13,280 | |
| | **Utilities** | | | | | | |
| 74200 | Power & Electric | 5,222 | 5,222 | 5,222 | 5,222 | 20,889 | |
| 74300 | Natural Gas | 1,520 | 1,520 | 1,520 | 1,520 | 6,082 | |
| 74800 | Water | 1,219 | 1,219 | 1,219 | 1,219 | 4,876 | |
| 74850 | Alarm Service | 626 | 626 | 626 | 626 | 2,502 | |
| 74700 | Trash Disposal Expense | 433 | 433 | 433 | 433 | 1,732 | |
| 75460 | Telephone | 600 | 600 | 600 | 600 | 2,400 | |
| 75465 | Cable/Satellite TV | 1,400 | 1,400 | 1,400 | 1,400 | 5,600 | |
| 72600 | Pest Control | 290 | 290 | 290 | 290 | 1,160 | |
| | **Total Utilities** | 11,310 | 11,310 | 11,310 | 11,310 | 45,241 | |
| | **Property/Insurance Expense** | | | | | | |
| 81100 | Building Rent | 17,436.00 | 17,436.00 | 17,436.00 | 17,436.00 | 69,744 | |
| 81500 | CAM - Common Area Maintenance | 1,648.00 | 1,648.00 | 1,648.00 | 1,648.00 | 6,592 | |
| 81600 | Insurance - Leased Real Estate | 324.00 | 324.00 | 324.00 | 324.00 | 1,296 | |
| 81650 | Real Estate Taxes - Leased Property | 2,004.00 | 2,004.00 | 2,004.00 | 2,004.00 | 8,016 | |
| 75260 | General Liability & Property | 904.00 | 904.00 | 904.00 | 904.00 | 3,616 | |
| | **Total Property/Insurance Expense** | 22,316.00 | 22,316.00 | 22,316.00 | 22,316.00 | 89,264 | |
| | **Other Expense** | | | | | | |
| 91100 | Operating Support Fee | 7,200.00 | 7,200.00 | 7,200.00 | 7,200.00 | 28,800 | |
| 23105 | Sales Tax | 11,838.66 | 11,078.01 | 10,842.39 | 9,166.64 | 42,926 | 0.0775 |
| 23205 | Tax By the Drink | 796.51 | 747.04 | 731.72 | 622.74 | 2,898 | 0.03 |
| XXXX | Debtor Professionals | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 32,000 | |
| XXXX | US Trustee Quarterly Fees | 5,850.00 | - | - | 5,850.00 | 11,700 | |
| | **Total Other Expense** | 33,685.17 | 27,025.05 | 26,774.11 | 30,839.38 | 118,324 | |
| | **Total Company Expense** | 112,656.01 | 104,712.56 | 104,456.43 | 108,631.38 | 430,456.38 | |
| | Net Profit (Loss) after Operating and Personnel expenses | 5,163.52 | 6,803.67 | 7,034.29 | 3,398.07 | 22,400 | |

**Distribution List**

Ashley R. Ray
SCROGGINS & WILLIAMSON, P.C.
4401 Northside Parkway
Suite 450
Atlanta, Georgia 30327

Vanessa A. Leo
OFFICE OF THE UNITED STATES TRUSTEE
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA  30303

Andres H. Sandoval
Assistant United States Attorney
UNITED STATES ATTORNEY'S OFFICE
75 Ted Turner Drive SW, Suite 600
Atlanta, GA 30303

Dominic Million
GORDON FOOD SERVICE, INC.
1500 North River Rd
Lithia Springs, GA 30122

## **CERTIFICATE OF SERVICE**

This is to certify that on this date, a true and correct copy of the within and foregoing *Motion for Extension of Authority to Use Cash Collateral* was served by First Class Mail on the following parties:

Andres H. Sandoval
Assistant United States Attorney
United States Attorney's Office
75 Ted Turner Drive SW, Suite 600
Atlanta, GA 30303

Gordon Food Service, Inc.
c/o Dominic Million
1500 North River Rd
Lithia Springs, GA 30122

and by the Court's CM/ECF system on all counsel of record registered in this case through CM/ECF.

This 3rd day of March, 2021.

SCROGGINS & WILLIAMSON, P.C.

By:   /s/ Ashley R. Ray
        J. ROBERT WILLIAMSON
        Georgia Bar No. 765214
        ASHLEY REYNOLDS RAY
        Georgia Bar No. 601559

4401 Northside Parkway
Suite 450
Atlanta, Georgia 30327
T: (404) 893-3880
F: (404) 893-3886
E: rwilliamson@swlawfirm.com        *Counsel for the Debtors*
    aray@swlawfirm.com