**IT IS ORDERED as set forth below:**

**Date: April 9, 2021**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| IN RE: | ) | CHAPTER 11 |
|---|---|---|
|  | ) |  |
| **VIRGINIA-HIGHLAND RESTAURANT,** | ) | **Jointly Administered Under** |
| **LLC and RESTAURANT 104 LLC,** | ) | **CASE NO. 20-70718-bem** |
|  | ) |  |
| **Debtors.** | ) |  |

**ORDER (A) CONDITIONALLY APPROVING DISCLOSURE STATEMENT TO ACCOMPANY DEBTORS' PLAN OF REORGANIZATION; (B) APPROVING SOLICITATION MATERIALS AND PROCEDURES; AND (C) SCHEDULING HEARING TO CONSIDER FINAL APPROVAL OF DISCLOSURE STATEMENT AND <u>CONFIRMATION OF PLAN OF REORGANIZATION</u>**

THIS CAUSE came before the Court to consider the Motion for Entry of an Order (A) Conditionally Approving Disclosure Statement; (B) Approving Solicitation Materials and Procedures; and (C) Scheduling Hearing to Consider Final Approval of Disclosure Statement and Confirmation of Plan of Reorganization (the "Motion") filed by Virginia-Highland Restaurant, LLC ("**VH Restaurant**") and Restaurant 104 LLC ("**Restaurant 104**"), debtors and debtors-in-possession in the above-styled jointly administered Chapter 11 case (collectively, the "**Debtors**"),

- 1 -

on April 9, 2021. On April 9, 2021, the Debtors filed their Plan of Reorganization (the "Plan") and Disclosure Statement to Accompany Debtors' Plan of Reorganization (the "Disclosure Statement").

The Court, having reviewed the Motion and the Disclosure Statement, hereby finds that the Disclosure Statement contains adequate information as required by 11 U.S.C. §1125 and should be conditionally approved. Accordingly, it is hereby ORDERED and NOTICE IS HEREBY GIVEN as follows:

1. The Disclosure Statement is conditionally approved, subject to the rights of parties in interest to object as set forth below;

2. The Debtors are authorized, pursuant to 11 U.S.C. §1125(b), to transmit copies of the Disclosure Statement, the Plan, and related documents to certain known holders of Claims against and Interests in the Debtors and to solicit acceptances of the Plan from Holders of Claims against and Interests in the Debtors that are impaired under the Plan;

3. The Solicitation Materials, the Voting Procedures and the Tabulation Procedures, each as described in the Motion, are approved;

4. The Solicitation Letter, the Ballot and the Letter to Non-Voting Classes, substantially in the forms attached as Exhibits B-D to the Motion respectively, are approved;

5. All Ballots accepting or rejecting the Plan must be <u>filed</u>, on a form of Ballot to be provided by the Debtors, with the Clerk of the Bankruptcy Court at the following address:

    Clerk, United States Bankruptcy Court
Northern District of Georgia
75 Ted Turner Drive, SW
Suite 1340
Atlanta, GA  30303

by 4:00 p.m. (Eastern Time) on **May 13, 2021**, (the "Voting Deadline"). A copy should also be <u>mailed</u> to counsel for the Debtors at the following address:

    Ashley R. Ray, Esq.
Scroggins & Williamson, P.C.
4401 Northside Parkway
Suite 450
Atlanta, Georgia 30327

6. A hearing (the "Confirmation Hearing") to consider final approval of the Disclosure Statement, if any objections are timely filed, and confirmation of the Plan and any other matters that may properly come before the Court, will be held on **May 20, 2021 at 10:00 a.m.** in Courtroom 1402, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303;

7. All responses and objections, if any, to the relief sought in connection with final approval of the Disclosure Statement or confirmation of the Plan shall (i) be in writing and state the name of the objector, its interest in these Chapter 11 cases, and, if applicable, the amount and nature of its claim or interest, as well as state with particularity the nature of the objection and the legal basis therefore, (ii) include suggested language to amend the Plan and/or Disclosure Statement in a manner that would resolve the objection, and (iii) be filed with the Court and served in a manner so as to be received by counsel for Debtors at the addresses set forth in paragraph 5 above no later than 4:00 p.m. (Eastern) on **May 13, 2021** (the "Objection Deadline").

- 3 -

8. Any party asserting a Cure Claim arising from (a) the assumption of an executory contract or unexpired lease by the Debtors pursuant to 11 U.S.C. § 365 or (b) the reinstatement of a claim pursuant to 11 U.S.C. § 1124(2) must file a written notice setting forth the asserted amount of such Cure Claim.  Such notice must be filed with the Clerk of the Bankruptcy Court and served on counsel for the Debtors at the address set forth in paragraph 5 above no later than 4:00 p.m. (Eastern) on **May 13, 2021** (the "**Cure Claim Deadline**").  The amount of any asserted Cure Claims shall be heard and determined by the Court at the Confirmation Hearing;

9. The Confirmation Hearing may be adjourned from time to time by announcement without further notice to creditors or parties-in-interest;

10. Notice of the Confirmation Hearing shall be deemed adequate and sufficient if a copy of this Order is served upon (i) the Office of the United States Trustee, (ii) all known creditors of and holders of equity interests in the Debtors as reflected on the creditors matrix maintained by the Clerk of the Bankruptcy Court in this case, and (iii) all persons or entities that have filed notices of appearance in this case prior to the date of this Order;

11. This Court shall retain jurisdiction with respect to any matters or disputes which arise from or relate to implementation of this Order.

**[END OF DOCUMENT]**

Prepared and presented by:

SCROGGINS & WILLIAMSON, P.C.


/s/ Ashley Reynolds Ray
J. ROBERT WILLIAMSON
Georgia Bar No. 765214
ASHLEY REYNOLDS RAY
Georgia Bar No. 601559
4401 Northside Parkway
Suite 450
Atlanta, Georgia 30327
T:    (404) 893-3880
F:    (404) 893-3886
E:    rwilliamson@swlawfirm.com
      aray@swlawfirm.com


*Counsel for the Debtors*

## Distribution List

Ashley R. Ray
Scroggins & Williamson, P.C.
4401 Northside Parkway
Suite 450
Atlanta, GA 30327

Office of the United States Trustee
362 Richard Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303