# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| **VIRGINIA-HIGHLAND RESTAURANT,** | ) | Jointly Administered Under |
| **LLC and RESTAURANT 104 LLC,** | ) | CASE NO. 20-70718-bem |
| | ) | |
| **Debtors.** | ) | |

## BALLOT FOR ACCEPTING OR REJECTING
## <u>DEBTORS' PLAN OF REORGANIZATION</u>

### VOTING DEADLINE IS 4:00 P.M. (EASTERN TIME) ON MAY 13, 2021

**(Class 2: Allowed Claims of Gordon Food Service, Inc.)**

Virginia-Highland Restaurant, LLC ("**VH Restaurant**") and Restaurant 104 LLC ("**Restaurant 104**"), debtors and debtors-in-possession in the above-styled jointly administered Chapter 11 case (collectively, the "**Debtors**"), filed a Plan of Reorganization dated April 9, 2021 (the "**Plan**"). The United States Bankruptcy Court for the Northern District of Georgia – Atlanta Division (the "**Bankruptcy Court**") has conditionally approved the Disclosure Statement to Accompany Debtors' Plan of Reorganization (the "**Disclosure Statement**"), which provides information to assist you in deciding how to vote your ballot (the "**Ballot**"). **Court approval of the Disclosure Statement does not indicate approval of the Plan by the Bankruptcy Court.**

This Ballot is being sent to holders of claims in Class 2 (as to each claim, a "**Gordon Food Claim**"). To have your vote count, you must complete and return this Ballot.

**YOU SHOULD REVIEW THE DISCLOSURE STATEMENT AND THE PLAN BEFORE YOU VOTE. YOU MAY WISH TO SEEK LEGAL ADVICE CONCERNING THE PLAN AND YOUR CLASSIFICATION AND TREATMENT UNDER THE PLAN. YOUR CLAIM HAS BEEN PLACED IN CLASS 2 UNDER THE PLAN. IF YOU HOLD CLAIMS IN MORE THAN ONE CLASS, YOU WILL RECEIVE A BALLOT FOR EACH CLASS IN WHICH YOU ARE ENTITLED TO VOTE.**

**PLEASE COMPLETE, SIGN AND DATE THIS BALLOT AND RETURN IT SO THAT IT IS RECEIVED BY CLERK OF THE BANKRUPTCY COURT, 75 TED TURNER DRIVE, SW, SUITE 1340, ATLANTA, GA 30303 BY 4:00 P.M. (EASTERN TIME) ON MAY 13, 2021 (THE "VOTING DEADLINE"). IF THE BALLOT CONTAINING YOUR VOTE IS NOT RECEIVED BY THE CLERK ON OR BEFORE THE VOTING DEADLINE, AND SUCH DEADLINE IS NOT EXTENDED, YOUR VOTE WILL NOT COUNT AS EITHER AN ACCEPTANCE OR REJECTION OF THE PLAN. IF THE PLAN IS CONFIRMED BY THE BANKRUPTCY COURT, IT WILL BE BINDING ON YOU WHETHER OR NOT YOU VOTE.**

## ACCEPTANCE OR REJECTION OF THE PLAN

1. **Vote on the Plan.** (Please check only one box)

   [ X ]   **ACCEPTS** the Plan; or        [  ]   **REJECTS** the Plan.

2. **Declarations**.

   By signing this Ballot, the undersigned claimholder declares under penalty of perjury as provided for by 28 U.S.C. § 1746 that he/she/it has been provided with a copy of the Disclosure Statement relating to the Plan and all related tabulation materials.

   By signing this Ballot, the undersigned claimholder declares under penalty of perjury as provided for by 28 U.S.C. § 1746 that he/she/it is the holder of the claim set forth below and has full power and authority to vote to accept or reject the Plan; <u>provided</u>, <u>however</u>, that, to the extent that the undersigned is voting on behalf of the actual holder of the claim, the undersigned declares under penalty of perjury as provided for by 28 U.S.C. § 1746 that he/she/it has the requisite authority to do so and will submit evidence of same upon request. The undersigned claimholder also acknowledges that the tabulation of votes is subject to all of the terms and conditions set forth in the Disclosure Statement relating to the Plan.

Dated: 5/13/2021

Gordon Food Service, Inc.
(Print or type name of individual or company)

*[signature]*
(Signature of individual or authorized agent)

Dawn Rouse, Senior Analyst
(If authorized agent, print name and title)

PO Box 2244, Grand Rapids, MI 49501−2244
(Address)

Amount of Claim:   $ 97,092.60