IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| VIRGINIA-HIGHLAND RESTAURANT, | ) | Jointly Administered Under |
| LLC and RESTAURANT 104 LLC, | ) | CASE NO. 20-70718-bem |
| | ) | |
| Debtors. | ) | |

## AMENDED REPORT AND CERTIFICATION OF BALLOTING

I hereby certify as follows:

1. I am counsel for Virginia-Highland Restaurant, LLC and Restaurant 104 LLC (the "**Debtors**"), in the above-referenced Chapter 11 case.

2. On April 9, 2021, the Debtors filed their Plan of Reorganization [Dkt. No. 79] and their Disclosure Statement to Accompany Debtors' Plan of Reorganization [Dkt. No. 80].

3. On April 9, 2021, the Debtors filed their Motion for Entry of an Order (A) Conditionally Approving Disclosure Statement; (B) Approving Solicitation Materials and Procedures; and (C) Scheduling Hearing to Consider Final Approval of Disclosure Statement and Confirmation of Plan of Reorganization [Dkt. No. 81].

4. On April 12, 2021, the Court entered Order (A) Conditionally Approving Disclosure Statement to Accompany Debtors' Plan of Reorganization; (B) Approving Solicitation Materials and Procedures; and (C) Scheduling Hearing to Consider Final Approval of Disclosure Statement and Confirmation of Plan of Reorganization [Dkt. No. 82].

5. On April 20, 2021, the Debtors filed their First Amendment to Plan of Reorganization [Dkt. No. 92] amending the treatment of Class 2 – Allowed Claims of Gordon Food Service, Inc.

6.	Pursuant to the voting and tabulation procedures approved by the April 12, 2021 order, all ballots as filed and maintained by the Bankruptcy Clerk in the Debtors' Chapter 11 cases were counted and tallied for the classes for which those ballots were filed.

7.	The results of the voting and tabulation of the Ballots are summarized in Exhibit A attached hereto.

8.	The Debtors' Plan of Reorganization has received the requisite number of acceptances required to be confirmed pursuant to 11 U.S.C. §§ 1126 and 1129.

This 20th day of May, 2021.

Respectfully submitted,

SCROGGINS & WILLIAMSON, P.C.

| | |
|---|---|
| 4401 Northside Parkway | /s/ Ashley R. Ray |
| Suite 450 | J. ROBERT WILLIAMSON |
| Atlanta, GA 30327 | Georgia Bar No. 765214 |
| T:	(404) 893-3880 | ASHLEY REYNOLDS RAY |
| F:	(404) 893-3886 | Georgia Bar No. 601559 |
| E:	rwilliamson@swlawfirm.com | |
|     aray@swlawfirm.com | *Counsel for the Debtors* |

# EXHIBIT A

## REPORT OF BALLOTING

| CLASS NUMBER AND DESCRIPTION | NUMBER OF VOTES | DOLLAR AMOUNT OF VOTES | CLASS ACCEPTANCE |
|---|---|---|---|
| Class 1<br>Allowed Priority Claims<br>(Unimpaired) | 0 ACCEPT<br>0 REJECT<br>0% PERCENT | $0.00 ACCEPT<br>$0.00 REJECT<br>0% PERCENT | N/A YES<br>___ NO |
| Class 2<br>Allowed Claims of Gordon Food Service, Inc.<br>(Impaired) | 1 ACCEPT<br>0 REJECT<br>100% PERCENT | $97,092.60 ACCEPT<br>$0.00 REJECT<br>100% PERCENT | X YES<br>___ NO |
| Class 3<br>Allowed Tax Claims Other Than Priority Tax Claims<br>(Impaired) | 1 ACCEPT<br>0 REJECT<br>0% PERCENT | $61,137.78 ACCEPT<br>$0.00 REJECT<br>0% PERCENT | X YES<br>___ NO |
| Class 4<br>Other Allowed Secured Claims<br>(Unimpaired) | 0 ACCEPT<br>0 REJECT<br>0% PERCENT | $0.00 ACCEPT<br>$0.00 REJECT<br>0% PERCENT | N/A YES<br>___ NO |
| Class 5<br>Unsecured Claims<br>(Impaired) | $0.00 ACCEPT<br>$0.00 REJECT<br>0% PERCENT | $0.00 ACCEPT<br>$0.00 REJECT<br>0% PERCENT | ___ YES<br>___ NO<br>Class Deleted Pursuant To Art. III of Plan |

| CLASS NUMBER AND DESCRIPTION | NUMBER OF VOTES | DOLLAR AMOUNT OF VOTES | CLASS ACCEPTANCE |
|---|---|---|---|
| Class 6 Allowed Equity Interests in Virginia-Highland Restaurant (Impaired) | 0 ACCEPT<br>0 REJECT<br>0% PERCENT | $0.00 ACCEPT<br>$0.00 REJECT<br>0% PERCENT | _____ YES<br>N/A NO<br>Deemed To Reject |
| Class 7 Allowed Equity Interests in Restaurant 104 (Unimpaired) | 0 ACCEPT<br>0 REJECT<br>0% PERCENT | $0.00 ACCEPT<br>$0.00 REJECT<br>0% PERCENT | N/A YES<br>_____ NO |

# EXHIBIT A-1

## CLASS 2 BALLOTS

| Docket No. | Name | Date Docketed | Accept Plan | Dollars in Favor | Reject Plan | Dollars Against | Class |
|---|---|---|---|---|---|---|---|
| 96 | Gordon Food Service, Inc. | 05/13/21 | Yes | $97,092.60 | | | 2 |

| Accepting | | Rejecting | |
|---|---|---|---|
| 1 | $97,092.60 | 0 | $0.00 |

## CLASS 3 BALLOTS

| Docket No. | Name | Date Docketed | Accept Plan | Dollars in Favor | Reject Plan | Dollars Against | Class |
|---|---|---|---|---|---|---|---|
| 100 | Georgia Dept. of Revenue | 05/20/21 | Yes | $61,137.78 | | | 3 |

| Accepting | | Rejecting | |
|---|---|---|---|
| 1 | $61,137.78 | 0 | $0.00 |

## **CERTIFICATE OF SERVICE**

This is to certify that on this date I served a true and correct copy of the foregoing **Amended Report and Certification of Balloting** by causing the same to be deposited in the United States Mail with adequate postage affixed thereon and addressed to the following persons:

Vanessa A. Leo
Office of the United States Trustee
Suite 362, Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA  30303

This 20th day of May, 2021.

SCROGGINS & WILLIAMSON, P.C.

| | |
|---|---|
| 4401 Northside Parkway | /s/ Ashley R. Ray |
| Suite 450 | J. ROBERT WILLIAMSON |
| Atlanta, GA 30327 | Georgia Bar No. 765214 |
| T:   (404) 893-3880 | ASHLEY REYNOLDS RAY |
| F:   (404) 893-3886 | Georgia Bar No. 601559 |
| E:   rwilliamson@swlawfirm.com | |
|      aray@swlawfirm.com | *Counsel for the Debtors* |